### 4021. J. I. CASE THRESHING MACHINE Co. *v.* FAISON.

HILL, C. J. This was a suit in a justice's court, to recover for services under an alleged verbal contract. The services were rendered, but the evidence was in conflict as to the execution of a binding contract of employment. The justice rendered judgment in favor of the plaintiff, and, on appeal, a jury in the superior court rendered a like verdict, which, on motion for a new trial, was approved by the trial judge. No error of law is complained of, and the verdict settles the conflict in the evidence.        *Judgment affirmed.*

DECIDED MAY 22, 1912.

Appeal; from Fulton superior court—Judge Ellis. December 9, 1911.

*Payne & Jones,* for plaintiff in error.

*J. A. Branch, W. H. Lewis,* contra.